UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS J. COFFELT,<br><br>                    Plaintiff,<br><br>v.<br><br>GOVERNOR OTTER,<br><br>                    Defendant. | Case No. 1:13-cv-246-BLW<br><br>**ORDER FOR PAYMENT OF INMATE FILING FEE** |

Plaintiff, a prisoner in custody of the Idaho Department of Correction, has filed a Complaint in the United States District Court for the District of Idaho and an Application to Proceed in Forma Pauperis. Good cause appearing from the documentation submitted in support of the Application, the Court shall grant the Application. The filing fee of $350.00 shall be deducted from Plaintiff's prison trust account in increments until the fee is paid in full, as the in forma pauperis statute requires, regardless of whether the case is authorized to proceed or is dismissed. *See* 28 U.S.C. § 1915(b)(1).[1]

---

[1] Beginning with cases filed in 2013, prisoner in forma pauperis applications will be granted or denied as soon as practicable after the date a case is filed initially, meaning that the Clerk of Court will collect the full filing fee (in increments) for each prisoner case. "Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee. 28 U.S.C. § 1915(b)(1)." *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002); *see* 28 U.S.C. 1915(b)(1) ("if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee").
   This provision requires "prisoners to be fiscally responsible and make decisions concerning the merits of their case" before filing a cause of action. *Rodriguez v. Cook*, 169 F.3d 1176, 1179 (9th Cir. 1999).

**ORDER FOR PAYMENT OF INMATE FILING FEE - 1**

Plaintiff has not been assessed an initial partial filing fee. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to his account. *See* 28 U.S.C. § 1915(b)(2).

Pursuant to 28 U.S.C. § 1915(b)(2), the agency having custody of Plaintiff is required to send to the Clerk of Court payments from Plaintiff's prison trust (commissary) account each time the amount in the account exceeds $10.00, until the statutory filing fee of $**350.00** is paid in full.

If Plaintiff has more than one Order for Payment of Inmate Filing Fee pending, then no more than 20 percent of the preceding month's income credited to his account should be assessed to satisfy the oldest Order first until paid, and then to satisfy each other Order according to its age, so that the maximum amount paid to the Clerk of Court does not ever exceed 20 percent of the preceding month's income for the inmate.

**NOW THEREFORE IT IS HEREBY ORDERED:**

1. Plaintiff's Application for Leave to Proceed in Forma Pauperis (Dkt. 1) is GRANTED.

2. The Director of the Idaho Department of Correction or his designee shall collect from Plaintiff's prison trust account the $**350.00** balance of the filing fee and shall forward payments to the Clerk of Court in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

**ORDER FOR PAYMENT OF INMATE FILING FEE - 2**

3.  The Clerk of Court is directed to serve a copy of this order on the Director of the Idaho Department of Correction, as follows:

Brent Reinke, Director
Department of Correction
Attn: Inmate Accounts
1299 N Orchard, Suite 110
Boise ID 83706.



DATED:  **August 1, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER FOR PAYMENT OF INMATE FILING FEE - 3**